UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,                           Misc. No. 17-mc-50841
                                                    Hon. Matthew Leitman

v.

CATHY J. IAFRATE,

    Respondent.
_____/

## **ORDER OF VOLUNTARY DISMISSAL**

Petitioner having advised the Court that it wishes to voluntarily dismiss without prejudice the Petition to Enforce IRS Summons filed against the respondent, Cathy J. Iafrate;

**IT IS HEREBY ORDERED** that the Petition to Enforce IRS Summons filed against Cathy J. Iafrate by the petitioner is hereby dismissed without prejudice and without costs to either party.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:   August 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 10, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113